IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GEORGE HALL, )
 )
    Plaintiff, )
 )
v. ) Case No. 09-CV-2600 CM/KGS
 ) Division No.:
GREAT SOUTHERN BANK, )
 )
and )
 )
PROCTOR FINANCIAL, INC., )
 )
    Defendants. )

## COMPLAINT

COMES NOW the plaintiff, and for his cause of action against the defendants, alleges and states:

1. The plaintiff is an individual and citizen of the State of Kansas.

2. That the Great Southern Bank is a corporation organized under the laws of the State of Missouri with its principle place of business in the State of Missouri and therefore a citizen of the State of Missouri.

3. That Proctor Financial, Inc., is a Michigan corporation with its principle place of business in the State of Michigan and therefore a citizen of the State of Michigan.

4. That this Court has jurisdiction over the subject matter as a result of diversity of citizenship and amount in controversy.

5. That plaintiff herein is the owner of a farmstead commonly described as 106 Vermont Terrace, Greeley, Kansas.

6. That Great Southern Bank has taken the position of Team Bank with regard to a mortgage on plaintiff's real estate.

7. That Great Southern Bank placed insurance coverage on plaintiff's property through Proctor Financial, Inc.

8. That plaintiff's property was damaged by storm in 2009.

9. That Great Southern Bank made claim on the property insurance carrier as a result of the damage to plaintiff's property and received a payment on that claim.

10. That Great Southern Bank has converted the money received as a result of the damage to plaintiff's home.

11. That defendants herein have refused to provide the plaintiff herein with a copy of the insurance policy covering the loss.

12. That defendants herein have refused to even identify the insurance company issuing the policy on plaintiff's property at the time of the loss.

13. That defendants herein have refused to provide any information to the plaintiff with regard to the claim, the adjustment of the claim, or the payment of the claim.

14. That defendants herein have interfered with plaintiff's contractual and business rights.

15. That defendants herein have conspired between themselves to deprive plaintiff of any benefit from the insurance and from the insurance proceeds.

16. That the actions of the defendants are intentional.

17. That the defendant, Great Southern Bank, charged the premium for the insurance coverage on plaintiff's policy to plaintiff's account and took it upon itself to

report the claim and handle the claim and has deprived the plaintiff of any information at all concerning the claim and has, therefore, breached a fiduciary and contractual obligation to plaintiff.

18.   As a result of defendants' actions, plaintiff's home is not habitable and plaintiff has been damaged.

WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, in the sum of $100,000 in actual damages, $1,000,000 in punitive damages, and further relief determined by the Court to be just and equitable plus the costs of the action.

Respectfully submitted,

Schmitt Manz Swanson & Mulhern, P.C.

By:   */s/ Paul Hasty, Jr.*
Paul Hasty, Jr.          KS # 09132
7101 College Blvd., Suite 350
Overland Park, Kansas 66210
Telephone   (913) 317-8068
Facsimile:   (913) 317-8058
Email:         phasty@schmittmanzlaw.com

**ATTORNEYS FOR PLAINTIFF**